SEP 24 2024 AM10:54
FILED - USDC - FLMD - OCA

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**

JORGE A. BAR-LEVY       :
   Plaintiff        :
            :
 -vs-         : Docket Number: 5:24-cv-524-TJC-PRL
            :
U.S. DEPT OF HOMELAND SECURITY :
U.S. CITIZENSHIP AND IMMIGRATION SERV. :
-----------------------------------------------------------/

**EXPEDITED
PETITION FOR A WRIT OF MANDAMUS**

NOW COMES, Jorge A. Bar-Levy, in *propia persona* and in *forma pauperis* and files this his Expedited Petition for a Writ of Mandamus against the United States Department of Homeland Security and the United States Immigration Service "USCIS" against the Criminal Actions of Honduran Citizen **Cesar Omar Silva Rosales** committed against Plaintiff and in support state the following:

1. Plaintiff Jorge Bar Levy is a citizen of the United States residing in Marion County Florida who is an ordained Rabbi, a political activist and a local businessman who since 1997 has worked with several law enforcement agencies such as DEA, FBI and DHS amongst others and who for the past two years has been harassed by the current government of Honduras and one of their informal narco-media spoke person Honduran Citizen Cesar Omar Silva Rosales for Plaintiff exercising his freedom of speech and press by denouncing through his YouTube Channel the corruptions in Honduras.

2. **Cesar Omar Silva Rosales** is a Honduran Citizen with ties to International Drug Trafficking and member of the original Matta-Ballestero Drug Cartel currently controled

by **Juan Ramon Matta Waldurraga** who has financed the Presidential Campaigned of Honduran former president Jose Manuel"Mel" Zelaya Rosales , current President Xiomara Castro de Zelaya through his brother Carlos Zelaya Rosales. Cesar Omar Silva at the request of Drug Trafficker Juan Ramon Matta-Waldurraga and his partner Jose Manuel "Mel" Zelaya Rosales has maintain a **Transnational Repression against Plaintiff** in the form of a disinformation campaign, religious persecution and death threats against Plaintiff and members of the local Jewish for the past two years and continuing to the present and has used his VISA to the United States to harass, follow and threat plaintiff besides illegally working in the United States in violation of his visa terms and using said visa which was fraudulently obtained as he never disclosed that he was involved and is a member of an international drug trafficking organization making him inadmissible and a threat to the National Security of the United States.

3. Plaintiff has contacted numerous times the Department of Homeland Security, the United States Immigration Services and the United States Embassy in Tegucigalpa, Honduras to voice his fears and concern and Defendants has failed to protect Plaintiff rights to feal secure in his own country by the threats posed by the Government of Honduras and their agents.

THEREFORE, Plaintiff humbly request and pray that this Honorable Court issues a Writ of Mandamus compelling Defendants to comply with duties owed to Plaintiff and immediately investigate Plaintiff's claims and further cancel's or revoke the illegally issued visa to

Honduran Citizen Cesar Omar Silva Rosales for his role in Transnational Repression and his ties to International Drug Trafficking and any other relief that the Plaintiff may be entitled.

Respectfully submitted,

Jorge A. Bar-Levy
11055 W Hwy 40 Unit 222
Ocala, FL 34482
352-229-0275
Jbarlevy1@gmail.com



Cesar Omar Silva Rosales





Brief

# Another Honduras Narco Negotiates Plea Deal With US

by *Héctor Silva Ávalos*
13 Oct 2017



Juan Ramón Matta Waldurraga

The heir of one of Honduras' most notorious drug trafficking groups is negotiating a plea deal in the United States, adding to the growing list of Honduran capos in talks with US authorities.

**In exchange for the right deal**, Juan Ramón Matta Waldurraga would provide officials in the United States with information and plead guilty to trafficking cocaine into the United States between 2005 and 2010.

The indictment against Matta Waldurraga was filed in the Eastern District Court of New York on August 1, 2014, but unsealed in August 2017. He pleaded not guilty to conspiracy to introduce more than five kilograms of cocaine into the United States and money laundering charges.

Matta surrendered to US authorities in Panama days before his appearance in New York, **La Prensa reported**.

In June of this year, Honduran authorities seized 49 properties linked to Matta Waldurraga during the stage of "Operation Earthquake," a drug trafficking investigation opened by the Honduran National Police

Privacy - Terms

in 2001 that included the monitoring of bank accounts and telephone intercepts.

After the operation, the police said that Matta Waldurraga had operated a drug trafficking operation from the San Esteban estate in the department of Olancho. Authorities allege this is where he received drugs from Colombian suppliers that he then sent to the United States. According to **El Heraldo**, Matta Waldurraga also had state contracts in the private security and hydroelectric generation sectors.

**SEE ALSO: <u>Elites and Organized Crime in Honduras: Juan Ramón Matta Ballesteros</u>**

Matta Waldurraga is the son of Juan Ramón Matta Ballesteros, who was one of Honduras' most influential drug traffickers during the 1980s. Matta Ballesteros was even a US ally during the so-called Iran-Contra scandal, the illegal operation that took place under the administration of former US President Ronald Reagan that used money from arms sales to Iran to organize a guerrilla insurgency in Honduras against the Sandinista regime in Nicaragua. In exchange for his collaboration, Matta Ballesteros secured alliances and pacts with the Honduran elites that made him the primary ally of the Medellín Cartel.

## InSight Crime Analysis

The story of Matta Waldurraga shows the deep legacy organized crime has left on this Central American country, as well as the close ties between Honduran political power and drug trafficking that have used the nation as a bridge since his father's era.

The case against Matta Waldurraga adds to the growing list of Honduran drug traffickers who have been arrested or prosecuted in the United States and have testified against other actors in their country of origin, including top-level politicians and businessmen in exchange for benefits from the US Attorney General's Office.

The most recent case is that of Devis Leonel Rodríguez Maradiaga, the alleged leader of one of Honduras' largest drug trafficking groups, **the Cachiros**. His testimony has accused current Honduras president Juan Orlando Hernández of **accepting bribes** from drug traffickers, something the president has denied.

Honduran elites from all sectors would be wise to worry about what Matta might offer to prosecutors in exchanged for a reduced sentence.

© 2024 InSight Crime
Powered by Newspack